# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANTONIO DOUBS-CLARK, | : | No. 29 MAP 2025 |
| Appellant | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE AND COMMONWEALTH OF PENNSYLVANIA'S DEPARTMENT OF CORRECTIONS, | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

AND NOW, this 19th day of December, 2025, as Appellant failed to file a timely brief, this appeal is QUASHED. *See* Pa.R.A.P. 3305.